```
DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ERNEST A. RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0245 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| ERNEST A. RODRIGUEZ, ) | Date: August 29, 2006 |
| ) | Time: 8:30 A.M. |
| ) | |
| ) | Judge: Hon. Morrison C. England |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ANNE PINGS, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of July 18, 2006 be vacated and a new date of August 29, 2006 be set for status. Mr. Rodriguez was arraigned on the indictment in this matter on June 15, 2006. The defense has received an initial batch of discovery and is awaiting additional requested discovery from the government. The defense needs time to review that discovery and to perform necessary investigation.

///

///

It is further stipulated and agreed between the parties that the period beginning July 18, 2006 to August 29, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

Dated: July 14, 2006         /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
ERNEST A. RODRIGUEZ

MCGREGOR W. SCOTT
United States Attorney

Dated: July 14, 2006         /S/ ANNE PINGS
ANNE PINGS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: July 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE